

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Minh Nhat Phan

Plaintiff,

V.

Kristi Noem, Secretary, Department of Homeland Security; (see attachment)

Defendant.

Civil Action No.  25CV2422-RBM-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted.

Date:  10/10/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen

J. Petersen, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25CV2422-RBM-MSB

Plaintiff

Minh Nhat Phan

v.

Defendant

Kristi Noem, Secretary, Department of Homeland Security;
Pamela Jo Bondi, Attorney General; Todd M. Lyons,
Acting Director, Immigration and Customs Enforcement;
Jesus Rocha, Acting Field Office Director, San Diego Field Office;
Christopher Larose, Warden at Otay Mesa Detention Center